**Kent PIVONKA; James Smith,
Plaintiffs–Appellants,**

v.

**ALLSTATE INSURANCE COMPANY, an Illinois corporation; Allstate Property and Casualty Company, an Illinois corporation, Defendants–Appellees.**

No. 12–15068.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2014.*

Filed Feb. 27, 2014.

Steven Campora, Dreyer Babich Buccola & Callaham, LLP, Curtis Brooks Cutter, John R. Parker, Jr., Esquire, Kershaw, Cutter & Ratinoff, LLP, Sacramento, CA, for Plaintiffs–Appellants.

Mark L. Hanover, Dentons U.S. LLP, Chicago, IL, Sonia Martin, Dentons U.S. LLP, San Francisco, CA, for Defendants–Appellees.

Before: O'SCANNLAIN and MURGUIA, Circuit Judges, and ADELMAN, District Judge.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Lynn S. Adelman, District Judge for the U.S. District Court for the Eastern District of Wisconsin, sitting by designation.

MEMORANDUM ***

Kent Pivonka appeals the district court's order granting Allstate Insurance Company's motion to compel appraisal and stay litigation of his putative class action.

Appraisal is a form of arbitration under California law. *See, e.g., Doan v. State Farm Gen. Ins. Co.*, 195 Cal.App.4th 1082, 125 Cal.Rptr.3d 793, 801 (2011). We therefore lack jurisdiction to consider this appeal. *See* 9 U.S.C. § 16(b); *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir.2005) ("We therefore hold that a district court order staying judicial proceedings and compelling arbitration is not appealable[.]").[1]

**DISMISSED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**1.** Pivonka's motion to take judicial notice of court records, filed with this Court on January 16, 2014, is **DENIED** as moot.